**Warren GENTRY, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27095.**

Court of Criminal Appeals of Texas.

Oct. 20, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is the unlawful sale of whiskey in a dry area; the punishment, a fine of $300.

The record contains no notice of appeal, and this court is without jurisdiction.

The appeal is dismissed.

**Henry Thomas POWERS, alias Buck Powers, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27315.**

Court of Criminal Appeals of Texas.

Oct. 27, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for the offense of rape; the punishment, ten years in the penitentiary.

Appellant has now filed his personal affidavit requesting the dismissal of the appeal. The request is granted.

The appeal is dismissed.